CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jose Estrada,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**Gary A Plotkin**, in individual and representative capacity as trustees of The Plotkin Family Trust dated March 11, 1981;<br>**Steven J. Fishman**, in individual and representative capacity as trustee of the Non-Exempt Q TIP Marital Trust under the Baron Trust of 1988;<br>**Bodega Latina Corporation**, a Delaware Corporation; and **Does 1-10,**<br><br>    **Defendants.** | **Case No**. 2:18-CV-01240-FMO-JEM<br><br>**Plaintiff's Notice of Motion and Motion to Reopen Case**<br><br>**Date:**  February 14, 2019<br>**Time:**  10:00 a.m.<br>**Ctrm:**  6D (6th Floor)<br><br>Hon. Fernando M Olguin |

Please take notice that on February 14, 2019 at 10:00 a.m. at the United States Courthouse located at 350 W. 1st Street, 6th Floor, Los Angeles, CA 90012, in courtroom 6D, Plaintiff Jose Estrada will, and hereby

1

does, move this Court to order the above captioned matter be reopened and returned to the active calendar.

Plaintiff hereby moves this court to reopen the above captioned case pursuant to the court's minute order dated November 28, 2018 as well as under the authority of Fed.R.Civ.Pro 60(b)(6). The matter was provisionally settled on August 10, 2018. The parties submitted a joint notice of settlement to this Court on November 27, 2018; on November 28, 2018, the Court issued the Order dismissing this action without prejudice, subject to either party reopening the action on or before January 12, 2019. However, despite multiple attempts, and diligent action by the plaintiff, settlement has not been consummated and the deadline to reopen the case is January 12, 2019. Thus, plaintiff moves to have this case reopened and returned to the active calendar so that Plaintiff may prosecute his case, and avoid what would otherwise be a manifest injustice.

This Motion is supported by the Declaration of Phyl Grace, the exhibits attached thereto, the Memorandum of Points and Authorities, and oral argument, if any.

This motion is made following multiple attempts to confer with defense counsel as required by Local Rule 7-3, including leaving voicemail messages and emails, but no cooperation or response has been provided.

Dated: January 10, 2019          CENTER FOR DISABILITY ACCESS

By: /s/ *Phyl Grace*
Phyl Grace
Attorney for Plaintiff