Case 2:18-cv-01240-FMO-JEM   Document 27-2   Filed 01/10/19   Page 1 of 4   Page ID #:137

CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jose Estrada,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**Gary A Plotkin**, in individual and representative capacity as trustees of The Plotkin Family Trust dated March 11, 1981;<br>**Steven J. Fishman**, in individual and representative capacity as trustee of the Non-Exempt Q TIP Marital Trust under the Baron Trust of 1988;<br>**Bodega Latina Corporation**, a Delaware Corporation; and **Does 1-10,**<br><br>    **Defendants.** | **Case No**. 2:18-CV-01240-FMO-JEM<br><br>**Declaration of Phyl Grace in Support of Plaintiff Motion to Reopen Case** |

1. I, the undersigned, am an attorney licensed to practice law by the State Bar of California. I am an attorney with the Center for Disability Access, and an attorney for the moving party, Plaintiff Jose Estrada,

1

and, in that capacity, I am familiar with this matter. Based on my own experience and knowledge, I can testify to the following.

2. On August 10, 2018, plaintiff reached a provisional settlement with defense counsel Robert Francis Donohue.

3. Specifically, in a phone call that took place on August 10, 2018 the parties reached an agreement on the essential terms in this case, namely, on the scope and date for remedial relief and the monetary amount to be paid.

4. On August 13, 2018, just three days later, plaintiff circulated a draft of the settlement agreement by email to defense counsel Robert Francis Donohue at rdonohue@wfbm.com. A true and accurate copy of that email is submitted as exhibit 1.

5. On August 21, 2018, plaintiff followed up on the settlement documents by email to defense counsel Robert Francis Donohue at rdonohue@wfbm.com. A true and accurate copy of that email is submitted as exhibit 2.

6. On November 13, 2018, plaintiff sent the final version of the settlement agreement executed by the plaintiff by email to defense counsel Christopher M. McDonald at cmcdonald@wfbm.com. A true and accurate copy of that email is submitted as exhibit 3.

7. On November 27, 2018, plaintiff followed up by calling defense counsel Robert Francis Donohue at (714)634-2522. Robert Francis Donohue told our office he was not handling payment and to call defense counsel Christopher M. McDonald.

8. On November 27, 2018, plaintiff called defense counsel Christopher M. McDonald at (714)634-2522 and left a voicemail.

9. On November 28, 2018, plaintiff called defense counsel Christopher M. McDonald at (714)634-2522 and left a voicemail.

10. On December 3, 2018, plaintiff sent an email to defense counsel Christopher M. McDonald at cmcdonald@wfbm.com. A true and accurate copy of that email is submitted as exhibit 4.

11. On December 7, 2018, plaintiff called defense counsel Christopher M. McDonald at (714)634-2522 and left a voicemail.

12. On December 10, 2018, plaintiff emailed defense counsel Christopher M. McDonald at cmcdonald@wfbm.com. A true and accurate copy of that email is submitted as exhibit 5.

13. On December 13, 2018, plaintiff called defense counsel Christopher M. McDonald at (714)634-2522 and left a voicemail.

14. On December 17, 2018, plaintiff called defense counsel Christopher M. McDonald at (714)634-2522 and left a voicemail.

15. On December 27, 2018, plaintiff called defense counsel Christopher M. McDonald at (714)634-2522 and left a voicemail and then sent email to defense counsel Christopher M. McDonald at cmcdonald@wfbm.com. A true and accurate copy of that email is submitted as exhibit 6.

16. On January 8, 2019, plaintiff called defense counsel Christopher M. McDonald at (714)634-2522 and left a voicemail.

17. On January 9, 2019, plaintiff sent an email to defense counsel Christopher M. McDonald at cmcdonald@wfbm.com. A true and accurate copy of that email is submitted as exhibit 7.

18. We have received no cooperation or response to these many contacts and, therefore, are unable to consummate the settlement.

19. I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 1 | Dated: January 10, 2018 | CENTER FOR DISABILITY ACCESS |
| 2 | | By: /s/ *Phyl Grace* |
| 3 | | Phyl Grace<br>Attorney for Plaintiff |

4