UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jose Estrada,**<br><br>   **Plaintiff,**<br><br>**v.**<br><br>**Gary A Plotkin**, in individual and representative capacity as trustees of The Plotkin Family Trust dated March 11, 1981;<br>**Steven J. Fishman**, in individual and representative capacity as trustee of the Non-Exempt Q TIP Marital Trust under the Baron Trust of 1988;<br>**Bodega Latina Corporation**, a Delaware Corporation; and **Does 1-10,**<br><br>   **Defendants.** | **Case No**. 2:18-CV-01240-FMO-JEM<br><br>[Proposed] **ORDER**<br>[vacating the order of dismissal and returning the case to the active calendar] |

1

1  Upon review of the court files and the papers filed in connection with
2  the plaintiff's motion, and the evidence presented having been fully
3  considered, it is hereby ordered that the order of dismissal dated November
4  28, 2018 is vacated and the case is hereby returned to the active calendar.

7  Dated: _____    By:_____
8                    United States District Judge

10 *Presented by*:
11 Phyl Grace, Esq.
12 858-375-7385
13 phylg@potterhandy.com
   Attorney for Plaintiff