# Akanksha Sirohi

| | |
|---|---|
| **From:** | Rajitha Nair |
| **Sent:** | Monday, August 13, 2018 8:48 AM |
| **To:** | 'rdonohue@wfbm.com' |
| **Cc:** | Alexis Dossey |
| **Subject:** | Estrada v. Plotkin |
| **Attachments:** | CONF SET K.DOC; Joint Notice of Settlement-proposed order.docx; Joint Notice of Settlement.doc; Joint Stipulation for Dismissal.doc |

Dear Mr. Donohue:

Attached please find a draft copy of the Settlement Agreement, Joint Notice of Settlement and Dismissal for your review. If you have any revisions please feel free to redline the attached copy or write them directly on the draft and fax or email them back to our office. Please let me know if the draft looks acceptable to you, so that I can forward the same to our client for signing. Also, I request you to send the revisions in MS word format only.

If you have any questions please feel free to contact our office. Thank you in advance for your professional courtesy and attention in concluding this matter.

Sincerely,

Rajitha Nair
Assistant
RajithaN@PotterHandy.com
Ph: (858) 375-7385
Fx: (888) 422-5191
POTTER HANDY, LLP
**Mailing Address:**
**P.O. Box 262490**
**San Diego, CA 92196-2490**
Delivery Address:
9845 Erma Road Suite 300
San Diego, CA  92131



The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to info@potterhandy.com. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any transaction or matter addressed herein.