# Akanksha Sirohi

| | |
|---|---|
| **From:** | Rajitha Nair |
| **Sent:** | Thursday, December 27, 2018 6:52 AM |
| **To:** | Christopher M. McDonald |
| **Cc:** | Alexis Dossey |
| **Subject:** | RE: FOLLOW-UP: Jose Estrada v. Gary Plotkin et al. Case Number :2:18-cv-01240-FMO-JEM: Settlement Agreement |
| **Importance:** | High |

Dear Mr. McDonald:

Can you please advise as to when can we expect to receive the executed copy of the Settlement Agreement and Settlement Payment.

Thank you for your attention in this matter.

Sincerely,

Rajitha Nair
Assistant
RajithaN@PotterHandy.com
Ph: (858) 375-7385
Fx: (888) 422-5191
POTTER HANDY, LLP
**Mailing Address:**
**P.O. Box 262490**
**San Diego, CA 92196-2490**
Delivery Address:
9845 Erma Road Suite 300
San Diego, CA  92131



The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to info@potterhandy.com. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

---

**From:** Rajitha Nair
**Sent:** Monday, December 10, 2018 8:15 AM
**To:** 'Christopher M. McDonald'
**Cc:** Alexis Dossey; Cameron Johnson
**Subject:** RE: FOLLOW-UP: Jose Estrada v. Gary Plotkin et al. Case Number :2:18-cv-01240-FMO-JEM: Settlement Agreement
**Importance:** High

Dear Mr. McDonald:

Can you please advise as to when can we expect to receive the executed copy of the Settlement Agreement.

Thank you for your attention in this matter.

Sincerely,

Rajitha Nair
Assistant
RajithaN@PotterHandy.com
Ph: (858) 375-7385
Fx: (888) 422-5191
POTTER HANDY, LLP
**Mailing Address:**
**P.O. Box 262490**
**San Diego, CA 92196-2490**
Delivery Address:
9845 Erma Road Suite 300
San Diego, CA  92131



The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to info@potterhandy.com. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

---

**From:** Rajitha Nair
**Sent:** Monday, December 3, 2018 10:39 PM
**To:** 'Christopher M. McDonald'
**Cc:** Alexis Dossey; Cameron Johnson
**Subject:** RE: FOLLOW-UP: Jose Estrada v. Gary Plotkin et al. Case Number :2:18-cv-01240-FMO-JEM: Settlement Agreement

Dear Mr. McDonald:

I am following up with regard to the settlement in the above case. Can you please advise as to when can we expect to receive the executed copy of the Settlement Agreement.

Thank you for your attention in this matter.

Sincerely,

Rajitha Nair
Assistant
RajithaN@PotterHandy.com
Ph: (858) 375-7385
Fx: (888) 422-5191
POTTER HANDY, LLP
**Mailing Address:**
**P.O. Box 262490**
**San Diego, CA 92196-2490**
Delivery Address:
9845 Erma Road Suite 300

San Diego, CA  92131



The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to info@potterhandy.com. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

**From:** Rajitha Nair
**Sent:** Tuesday, November 13, 2018 11:39 PM
**To:** Christopher M. McDonald
**Cc:** Alexis Dossey; Cameron Johnson
**Subject:** RE: FOLLOW-UP: Jose Estrada v. Gary Plotkin et al. Case Number :2:18-cv-01240-FMO-JEM: Settlement Agreement

Dear Mr. McDonald:

Attached please find the Settlement Agreement signed by our client and W-9 for CDA. (**Note: this is the electronic signature of Mr. Estrada, valid under California's Uniform Electronic Transactions Act, Cal. Civ. Section 1633.7**).  At this time, please forward any other items necessary to wrap up the settlement. The Request for Dismissal will be filed promptly upon receipt of the fully executed Settlement Agreement and Settlement check. Please make sure that you add the case name and case number to the payment.

Thank you for your professional courtesy and attention in smoothly resolving this matter. If you have any questions please feel free to contact our office.

Sincerely,

Rajitha Nair
Assistant
RajithaN@PotterHandy.com
Ph: (858) 375-7385
Fx: (888) 422-5191
POTTER HANDY, LLP
**Mailing Address:**
**P.O. Box 262490**
**San Diego, CA 92196-2490**
Delivery Address:
9845 Erma Road Suite 300
San Diego, CA  92131



The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to info@potterhandy.com. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

**From:** Christopher M. McDonald [mailto:cmcdonald@wfbm.com]
**Sent:** Tuesday, October 30, 2018 7:04 AM
**To:** Phyl Grace
**Cc:** Christopher M. McDonald ; Rajitha Nair
**Subject:** FOLLOW-UP: Jose Estrada v. Gary Plotkin et al. Case Number :2:18-cv-01240-FMO-JEM: Settlement Agreement

Phyl,

There are no changes to the compliance section.  I don't believe there are any changes to any other section (other than I accepted/finalized the redlining).  I was able to get Bodega Latina to agree to the terms of the proposed Compromise.  If you are amenable to the terms of the proposed compromise, please let me know and I will run it by the landlord as well.  Assuming the landlord is amenable with it, I will put it into a PDF and send it to both you and my clients for signature.

Thank you.

Chris


**Christopher M. McDonald**
Partner

T  (714) 634-2522 ext. 3394
E  cmcdonald@wfbm.com

**WALSWORTH** WFBM, LLP
**WFBM.COM**

**From:** Phyl Grace [mailto:phylg@potterhandy.com]
**Sent:** Monday, October 29, 2018 5:55 PM
**To:** Christopher M. McDonald
**Cc:** Rajitha Nair
**Subject:** FW: FOLLOW-UP: Jose Estrada v. Gary Plotkin et al. Case Number :2:18-cv-01240-FMO-JEM: Settlement Agreement

Chris:

I approved the compliance section in my 10/10/18 email.  Did you make any changes to the version you sent on 10/16?  If so, there are no redlines.  Please make sure any changes are redlined so I can review this much more quickly.

**From:** Christopher M. McDonald [mailto:cmcdonald@wfbm.com]
**Sent:** Saturday, October 27, 2018 4:23 PM
**To:** Varsha Hirdey <VarshaH@potterhandy.com>; Phyl Grace <PhylG@potterhandy.com>

**Cc:** Alexis Dossey <AlexisD@potterhandy.com>; Christopher M. McDonald <cmcdonald@wfbm.com>
**Subject:** FOLLOW-UP: Jose Estrada v. Gary Plotkin et al. Case Number :2:18-cv-01240-FMO-JEM: Settlement Agreement

Varsha and Phyl,

I write to follow-up on the below email to find out if the attached proposed Compromise and Release of All Claims we forwarded on October 16, 2018, is acceptable.  (We understand your office approved the proposed Compromise and Release of All Claims in the Luis Marquez matter but has not approved the proposed Compromise in any of the other three matters.)

Please let us know.  As soon as we hear back from you about this, we will get it to our client for review and signature.

Thank you.

Chris


**Christopher M. McDonald**
Partner

T  (714) 634-2522 ext. 3394
E  cmcdonald@wfbm.com

**WALSWORTH** WFBM, LLP
**WFBM.COM**

---

**From:** Christopher M. McDonald
**Sent:** Tuesday, October 16, 2018 1:54 PM
**To:** 'Varsha Hirdey'
**Cc:** Alexis Dossey; 'Phyl Grace'; Christopher M. McDonald
**Subject:** Jose Estrada v. Gary Plotkin et al. Case Number :2:18-cv-01240-FMO-JEM: Settlement Agreement

Varsha,

Please find attached a copy of the settlement agreement that has been approved by Bodega Latina for your review and comment.  If it is acceptable, please have advise and have your client sign where appropriate.

Thank you.

Chris


**Christopher M. McDonald**
Partner

T  (714) 634-2522 ext. 3394
E  cmcdonald@wfbm.com

**WALSWORTH** WFBM, LLP
WFBM.COM

**From:** Christopher M. McDonald
**Sent:** Tuesday, October 16, 2018 6:35 AM
**To:** 'Varsha Hirdey'
**Cc:** Alexis Dossey; Christopher M. McDonald; 'Phyl Grace'
**Subject:** RE: Jose Estrada v. Gary Plotkin et al. Case Number :2:18-cv-01240-FMO-JEM: Proposed Settlement Agreement

Varsha,

I hope to have it for you by the close of today.  I am waiting for "final" approval from the client.

Thank you.

Chris

**Christopher M. McDonald**
Partner

T  (714) 634-2522 ext. 3394
E  cmcdonald@wfbm.com

**WALSWORTH** WFBM, LLP
WFBM.COM

**From:** Varsha Hirdey [mailto:varshah@potterhandy.com]
**Sent:** Tuesday, October 16, 2018 5:52 AM
**To:** Christopher M. McDonald
**Cc:** Alexis Dossey
**Subject:** FW: Jose Estrada v. Gary Plotkin et al. Case Number :2:18-cv-01240-FMO-JEM: Proposed Settlement Agreement

Dear Counsel: Kindly advise when can we receive finalized version of Agreement for execution?

Sincerely,
Varsha

**From:** Phyl Grace
**Sent:** Wednesday, October 10, 2018 6:14 PM
**To:** Christopher M. McDonald <cmcdonald@wfbm.com>
**Cc:** Varsha Hirdey <varshah@potterhandy.com>
**Subject:** FW: Jose Estrada v. Gary Plotkin et al. Case Number :2:18-cv-01240-FMO-JEM: Proposed Settlement Agreement

This compliance section is good.

**From:** Christopher M. McDonald [mailto:cmcdonald@wfbm.com]
**Sent:** Thursday, October 04, 2018 10:53 AM
**To:** Phyl Grace <PhylG@potterhandy.com>
**Cc:** Christopher M. McDonald <cmcdonald@wfbm.com>; Robert Donohue <rdonohue@wfbm.com>; Varsha Hirdey <VarshaH@potterhandy.com>
**Subject:** Jose Estrada v. Gary Plotkin et al. Case Number :2:18-cv-01240-FMO-JEM: Proposed Settlement Agreement

Phyl,

Please find attached for your review and comment a revised draft of the proposed settlement agreement we propose using in this matter.  I believe all of the language in the attached draft settlement agreement mirrors all of the draft settlement agreement we are working on in the Rico v. Bodega Latina matter – but has slightly different compliance language to address the compliance issue because the items at issue are slightly different.

Please let us know if the attached revised draft of the proposed settlement agreement  is acceptable.

Thank you.

Chris


**Christopher M. McDonald**
Partner

T  (714) 634-2522 ext. 3394
E  cmcdonald@wfbm.com


**WALSWORTH** WFBM, LLP
**WFBM.COM**


**Disclaimer**

"This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer. Messages sent to and from us may be monitored.

Internet communications cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. If verification is required, please request a hard-copy version. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company."

**Disclaimer**

"This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer. Messages sent to and from us may be monitored.

Internet communications cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. If verification is required, please request a hard-copy version. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company."

**Disclaimer**

"This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer. Messages sent to and from us may be monitored.

Internet communications cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. If verification is required, please request a hard-copy version. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company."