UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-5

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-1240 FMO (JEMx) | Date | January 18, 2019 |
|---|---|---|---|
| Title | Joe Estrada v. Gary A. Plotkin, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (In Chambers) Order Re-Opening Action

Having reviewed and considered plaintiff's Motion to Reopen Case (Dkt. 27, "Motion"), IT IS ORDERED THAT:

1. The Motion **(Document No. 27)** is granted.  The above-referenced action is hereby re-opened and placed on the court's calendar.

2. Plaintiff shall file his motion to enforce settlement no later than **February 1, 2019**, and notice the motion for the first hearing date available on the court's calendar.  The opposition and reply shall be filed according to the noticed hearing date.

3. Counsel for the parties shall, on **January 25, 2019, at 10:00 a.m.**,[1] meet and confer in person at defense counsel's office to discuss plaintiff's motion.  The meet and confer shall be transcribed by a court reporter.  The costs of the court reporter shall be divided equally between the parties.  The parties shall discuss each issue to be raised in the motion, as well as the law and evidence relevant to that issue, so that the parties' briefing may reflect that they are fully cognizant of the other side's position(s). The transcript must be attached as an exhibit to the moving party's motion.  If the transcript and/or briefing reveals that the parties are not on the same page with respect to the issues and position(s) presented, the court may, in its discretion, strike that motion.

4. Failure to file the motion referenced above may result in the imposition of sanctions and/or the dismissal of the action for lack of prosecution and for failure to comply with the orders of the court, pursuant to Local Rule 41.  See Fed. R. Civ. P. 41(b); Link v. Wabash R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |

---

[1] Counsel may agree to meet and confer at another time and place without seeking court approval for such an agreement.